UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CURTIS RAY WEAMS, JR.** | * | **CIVIL ACTION NO. 3:17-cv-00004** |
| | * | |
| **Plaintiff,** | * | |
| | * | **JUDGE SHELLY D. DICK** |
| **VERSUS** | * | |
| | * | |
| **FCA US L.L.C.** | * | **MAG. JUDGE RICHARD L. BOURGEOIS** |
| | * | |
| **Defendant.** | * | |
| | * | **JURY TRIAL REQUESTED** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO EXCLUDE THE OPINION TESTIMONY OF DR. WILLIAM J. VIGILANTE, JR. AS UNTIMELY AND UNRELIABLE

Defendant, FCA US LLC ("FCA US"), pursuant to the Federal Rules of Evidence, *Daubert v. Merrill Dow Pharm., Inc.*, 509 U.S. 579 (1993), and post-*Daubert* federal jurisprudence, move to exclude the opinion testimony of Dr. William J. Vigilante, Jr., offered by the Plaintiff, Curtis Ray Weams, Jr., to testify with regard to liability-related issues in this automotive products liability matter.

As explained in greater detail in the accompanying memorandum, Vigilante is unqualified to offer expert testimony regarding airbag warnings. Vigilante, who has never participated in warnings systems work for any car manufacturer, did not even familiarize himself with the federal regulations applicable to airbag warnings before issuing his report, which led him to offer an opinion that is in direct violation of federal law. After learning that his opinions violate federal law, Vigilante issued a supplemental report dated March 15, 2018, almost a month after the Court's stipulated deadline. That report was not provided to counsel until Vigilante appeared for deposition. Vigilante's supplemental report lacks any semblance of a reliable methodology,

1

fails to identify any plausible alternative warning as required by the Louisiana Products Liability Act, and is untimely. Federal Rule of Civil Procedure 26 mandates that "an expert report shall contain a complete statement of all opinions to be expressed." See Fed. R. Civ. P. 26(a)(2)(B).

Vigilante's lack of qualifications in the field of airbag warnings, his inability to identify an alternative warning and the untimeliness of his supplemental reports renders his opinion testimony inadmissible.

WHEREFORE, for the reasons stated in the accompanying memorandum, FCA US moves the Court to exclude the opinion testimony of Dr. William J. Vigilante, Jr.

Respectfully submitted,

*/s/ Gary G. Hebert*
GARY G. HEBERT (19446)
CAMILLE R. BRYANT (35063)
MARSHALL T. COX (36423)
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200
Facsimile (504) 596-2800
**ATTORNEYS FOR FCA US LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 2, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which shall send notification of such filing to all attorneys of record.

*/s/ Gary G. Hebert*