```
 1              UNITED STATES DISTRICT COURT

 2              MIDDLE DISTRICT OF LOUISIANA

 3

 4   CURTIS RAY WEAMS, JR.         CIVIL ACTION
             Plaintiff             NO. 17-4-SDD-RLB
 5
     VERSUS
 6
     FAC US LLC
 7           Defendant

 8

 9

10         Deposition of CURTIS R. WEAMS, JR., 41331

11   Highway 931, Gonzales, Louisiana 70817, taken in the

12   offices of Smith Shanklin & Sosa, 16851 Jefferson

13   Highway, Suite 7C, Baton Rouge, Louisiana on

14   Thursday, July 20, 2017, commencing at 4:05 p.m.

15

16

17

18
     REPORTED BY:
19        BETTY GLISSMAN
          CERTIFIED COURT REPORTER
20

21

22

23

24

25
```

```
 1      Q.   Other than what you have described with
 2   the issues with the windows, am I -- well, let me
 3   ask this question.
 4           In July or August of 2015, did the vehicle
 5   have this unrepaired issue with the power windows?
 6      A.   Yes, sir.
 7      Q.   Okay.  Other than that power window issue,
 8   was there anything else that needed to be repaired
 9   in the vehicle as of the last time it was driven in
10   July or August 2015?
11      A.   No.  It was -- it ran good.
12      Q.   Okay.  So how would you generally describe
13   the condition of the vehicle, other than the power
14   windows, in July or August of 2015?
15      A.   Like, driving-wise?
16      Q.   Yes, sir.
17      A.   It drove good.
18      Q.   Okay.  And so why did you stop driving the
19   vehicle -- if it drove good, why did you stop
20   driving it in July or August of 2015?
21      A.   Because I couldn't get a sticker.  I
22   couldn't get an inspection sticker because of the
23   windows.
24      Q.   Okay.
25      A.   The two front windows didn't go down.  I
```

1  was told that I had to at least have one working
2  window, possibly the driver side window, going up
3  and down.
4      Q.   All right.  So am I correct that it was
5  your inability to obtain a Louisiana brake tag --
6      A.   Correct.
7      Q.   -- that caused you to stop driving the
8  vehicle in July or August of 2015?
9      A.   Yes, sir.
10     Q.   And that's the only reason?  There is
11 nothing else about the vehicle, other than the
12 windows which meant you couldn't get a brake tag,
13 that caused you to stop driving it, correct?
14     A.   Correct.
15     Q.   Okay.  And what was the mileage on the
16 vehicle in July or August of 2015?
17     A.   About 115.
18     Q.   Okay.  I think your testimony was, when
19 you bought it, it had about 64,000 miles?
20     A.   Give or take.
21     Q.   Okay.  So is it a fair statement that you
22 and your wife, from the time that you owned it, put
23 approximately 50,000 miles on the vehicle, between
24 64,000 and 115,000?
25     A.   Give or take, yes, sir.

```
 1        Q.   And other than the issues regarding the
 2   radiator, condenser, thermostat and the new
 3   transmission repairs that had to be made, would
 4   you -- how would you generally describe the
 5   operation of the vehicle during those 50,000 miles?
 6        A.   Before all of this?
 7        Q.   Was it a reliable vehicle?
 8        A.   Oh, yes, sir.
 9        Q.   Okay.  And did you think that it operated
10   well, it met your needs and expectations?
11        A.   Yes, sir.
12        Q.   Okay.  And as a matter of fact, is it true
13   that, if you were able to repair the windows and
14   obtain a brake-tag sticker, you would have continued
15   driving this vehicle; is that true?
16        A.   Yes, sir.
17        Q.   Okay.  All right.  And so when you stopped
18   driving the vehicle in July or August of 2015, where
19   did you park it or what did you do with the vehicle?
20        A.   It was parked up under the tree at the
21   house.
22        Q.   Okay.  Was it uncovered to the elements?
23        A.   Yes, sir.
24        Q.   Okay.  And am I correct that the vehicle
25   sat under that tree at your residence from the time
```

```
 1   seat.  And you straight-away moved it under the
 2   carport?
 3       A.   Up under the carport.
 4       Q.   Okay.  And then, when you got it under the
 5   carport, what did you do?  Did you turn the vehicle
 6   off?
 7       A.   Yes.
 8       Q.   Okay.  And what was your intention?  What
 9   were you planning to do with the vehicle that day?
10       A.   Check the fluids.  Get it ready to go to
11   see if Vibert could fix the windows for me.
12       Q.   Okay.
13       A.   Start back driving it.
14       Q.   All right.  So now the vehicle is turned
15   off.  You have moved it into the carport.
16       A.   Uh-huh.
17       Q.   And you have turned the vehicle off,
18   correct?
19       A.   Yes.
20       Q.   What do you do next?  Is that when you
21   attempt to put fluids in the reservoir?  Is that
22   what you previously testified to?
23       A.   Yes.  I -- I put fluids in the reservoir.
24       Q.   Is that what you did immediately after
25   turning the vehicle off, or was there something else
```

```
 1  hood down?
 2      A.   I left it up.
 3      Q.   Left it up.
 4      A.   I left it up.
 5      Q.   All right.  And the windows that we have
 6  been talking about, are they up, or are they down?
 7      A.   They were up.
 8      Q.   Okay.  All right.  So then you -- tell me
 9  what you do.
10           You walk around the vehicle in an effort
11  to start it; is that correct?
12      A.   Yes, sir.
13      Q.   Okay.  So you walk around to the driver's
14  side, open the driver's side door, correct?
15      A.   Correct.
16      Q.   Okay.  Do you sit down in the driver's
17  seat?
18      A.   No, sir.
19      Q.   Okay.  Your feet remain outside of the
20  vehicle; is that correct?
21      A.   Yes, sir.
22      Q.   Okay.  And so what do you at that point?
23      A.   I leaned -- I lean in to start the
24  vehicle.  I lean across the steering wheel to start
25  the vehicle.  And whenever -- I leaned in and
```

1  started the vehicle.
2      Q.   All right.  So you have your feet outside
3  the vehicle.  You lean into the cabin of the vehicle
4  to start the ignition?
5      A.   Yes, sir.
6      Q.   Okay.  Where is your left hand as you are
7  doing this?  Did you put your left hand on the seat,
8  or is your left hand on the steering wheel?
9      A.   My left hand was on the steering wheel.
10     Q.   All right.  And you turned the key,
11 correct?  You put the key into the ignition, no
12 problem.  Fair statement?
13     A.   Yeah, I put it in the ignition.
14     Q.   All right.  And then you turn it -- how
15 far do you turn it?
16     A.   I just remember turning it.
17     Q.   Okay.  Did the vehicle actually start up?
18     A.   No.  Not that -- not that I remember.
19 Whenever -- no, I don't -- I don't recall it
20 starting up.
21     Q.   All right.  Do you remember any noises?
22 Do you remember hearing anything?
23     A.   I remember hearing the horn.
24     Q.   That would have been before or after the
25 airbag deployment?

Curtis R. Weams, Jr.
July 20, 2017                                                79

```
 1       A.   After.
 2       Q.   Okay.  Do you remember the radio coming
 3  on?
 4       A.   No, I don't -- I don't remember the radio
 5  coming on.
 6       Q.   All right.  Do you remember seeing
 7  anything on the instrument panel illuminated before
 8  deployment?
 9       A.   Man, it happened so fast.  It happened --
10  when you say "before deployment," what -- can you --
11       Q.   As you are turning the key, do you see the
12  lights illuminate on the instrument panel?
13       A.   All I remember is sticking it in.  And
14  whenever I turned it, it happened too quick to see
15  any lights.
16       Q.   Okay.  And what direction were you looking
17  as you are turning the key in the ignition?
18       A.   I really don't know.
19       Q.   Meaning, as you're leaning into the
20  vehicle, are you looking out the passenger window,
21  or are you looking straight towards the steering
22  wheel?
23       A.   Straight toward the steering wheel.
24       Q.   Okay.  And by the way, what day of the
25  week was it that this incident occurred?  Do you
```

1   remember?
2       A.   It was a Saturday.
3       Q.   All right.
4       A.   It was a Saturday.
5       Q.   And you indicated that you and your family
6   or your wife had gone out to run some errands,
7   correct?
8       A.   Correct.
9       Q.   And were they home at the time of this
10  incident?
11      A.   My wife -- my wife wasn't.
12      Q.   Were any of your children home?
13      A.   Yes.
14      Q.   Okay.  Did you at any time -- what gear
15  was the transmission in when you leaned in to turn
16  the key in the ignition?
17      A.   It was in park.
18      Q.   Okay.  After the airbag deployed, do you
19  remember if the vehicle was running -- if the engine
20  was running?
21      A.   No, sir.
22      Q.   Do you have any recollection of turning
23  the ignition off after the airbag deployed?
24      A.   No.  I didn't -- I didn't turn it off, so
25  no it did not engage, start.