

March 15, 2018

John H. Smith, Esq.
Smith Shanklin Sosa, LLC
16851 Jefferson Highway
Suite 5A
Baton Rogue, LA 70817

Phone: (225) 223.6333
Email: john@smithshanklin.com

Re: Curtis R. Weams

Dear Attorney Smith,

As per your request, I have reviewed the defense expert reports of:

- Nathan Dorris, dated 3/13/2018
- Elizabeth Raphael, dated 3/14/2018
- Thomas G. Livernois, dated 3/14/2018

After reviewing the above referenced reports, my opinions as stated in my February 15, 2018 report have not changed.  Furthermore, it is my opinion that there were multiple other options available to Chrysler to present the on-product warning I suggested in my report other than the sun visor (e.g., the dash, headliner near the visor, windshield, etc.).  As the manufacturer of the vehicle, it was Chrysler's responsibility to identify and mitigate the hazard associated with the inadvertent deployment of the airbag.  If it chose to rely upon a warning to mitigate the hazard, it was Chrysler's responsibility to develop and employ an effective method in which to communicate that safety information to users and passengers of its 2004 Jeep Liberty.

Please let me know if you have any questions or would like any additional information.  Thank you again for the opportunity to assist you on this matter.

Sincerely,

William J. Vigilante Jr., PhD, CPE