William J. Vigilante Jr., PhD, CPE                                         2/8/2018
History of Expert Testimony by Deposition or Trial                        Page 1 of 7

| Date | Case Name and Description |
|------|---------------------------|
| 7/2014 | Scot and Patricia Vandenberg v. Brunswick Corporation, et al. No. 2010 L 003188 Circuit Court Cook County, IL; Deposition |
| 8/2014 | Eric Carter et al, v. US of America Civil Action No. 4:13-cv-112 United States District Court Eastern District of VA; Trial |
| 9/2014 | Ruth Vincent v. Benjamin J. Solomon, III, et al. Docket No. UNN-L-318-09 Superior Court Union County, NJ; Deposition |
| 10/2014 | Keisha Hudson v. DC Water and Sewer Authority Case No. 2013 CA 003721B Superior Court Washington, DC; Deposition |
| 10/2014 | Raul Nunez v. Martin Leasing, et al. Case No. 11 L 7937 Circuit Court Cook County, IL; Deposition |
| 12/2014 | James C. Fuda, et al. v. King County, et al. Consolidated Cause No. 11-2-19682-8 Superior Court King County, WA; Deposition |
| 2/2015 | Jordan Lumber & Supply, Inc., et al. v. Quality Sprinkler Co., Inc. Case No. 13-CVS-61 NC Superior Court Montgomery County, NC; Deposition |



William J. Vigilante Jr., PhD, CPE                                             2/8/2018
History of Expert Testimony by Deposition or Trial                    Page 2 of 7

| Date | Case Name and Description |
|------|---------------------------|

3/2015          John Parkhurst / Karen Thiesfeld / Sandra Barkley / John and Jane Doe, as
                parent and next of friend of A.S., a minor  v. DC WASA
                Case No. 2013 CA 003811/13/14/55 B
                Superior Court
                District of Columbia; Deposition

3/2015          Member select Insurance Company, a/s/o Chris and Renata Loiotile v. Electrolux
                Home Products, Inc. and Sears Holding Corporation
                Case No. 1:13-cv-4097
                United States District Court
                Northern District of Illinois, Eastern Division; Deposition

4/2015          Virginia and Robert Nester v. Textron, Inc. et al.
                Case No. 1:13-CV-00920-LY
                United States District Court
                Western District of Texas; Deposition

5/2015          Anthony DiBiaso v. Peter Dremonas, Koubaro, Inc. d/b/a Pete's Produce et al.
                Case No. 13 L 009445
                Circuit Court
                Cook County, IL; Deposition

6/2015          Scot and Patricia Vandenberg v. Brunswick, Corporation, et al.
                No. 2010 L 003188
                Circuit Court
                Cook County, IL; Trial

6/2015          Debra Jane Phipps, Guardian of Wesley Baker v. PBV Conway-Myrtle Beach, LLC
                and Robert O'Neal McCants
                No 2014-CP-26-654
                Court of Common Pleas
                15th Judicial Circuit
                Horry Counter, SC; Deposition

6/2015          Westfield Insurance A/S/O Michael Flynn v. Modern Glass, Paint and Tile
                Company
                Civil Action No: 12-CV-288
                Court of Common Pleas
                Guernsey County, OH; Deposition



William J. Vigilante Jr., PhD, CPE                                                                    2/8/2018
History of Expert Testimony by Deposition or Trial                                              Page 3 of 7

Date              Case Name and Description
_____

7/2015            Ramon Ernesto Ortega v. Hector Enrique Lopez, Osceola Farms Co.
                  Case No: 502013CA012062XXXXMB-AO
                  Circuit Court of the 15th Judicial Circuit
                  Palm Beach County, FL; Deposition

7/2015            Walter and Theresa Mazur v. City of Philadelphia, et al.
                  No. 130900815
                  Court of Common Pleas
                  Philadelphia County, PA; Trial

7/2015            Robert and Catherine Connelly v. Rhino Quatermasters, Inc. d/b/a Planet
                  Fitness
                  No. 140301681
                  Court of Common Pleas
                  Philadelphia County, PA; Trial

8/2015            United Preferred Insurance Company a/s/o Jason and Melinda Swanson v.
                  Electrolux North America, Inc., et al.
                  Case No. 14-cv-50169
                  United States District Court
                  Northern District of Illinois, Western Division; Deposition

10/2015           Kelvin & Krystle Carr v. Taylor Industries, LLC
                  Case No. 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
                  District Court
                  369th Judicial District
                  Anderson County, TX; Deposition

10/2015           Sarah and Barry Hantman v. James Boozan
                  Docket No.: MER-L-2158-13
                  Superior Court of New Jersey
                  Mercer County, NJ; Deposition

3/2016            Keisha Hudson v. District of Columbia Water and Sewer Authority
                  Case No. 2013 CA 003721B
                  Superior Court for the District of Columbia
                  District of Columbia; Trial



William J. Vigilante Jr., PhD, CPE                                               2/8/2018
History of Expert Testimony by Deposition or Trial                    Page 4 of 7

| Date | Case Name and Description |
|------|---------------------------|
| 3/2016 | Parvez & Razia Yazdani v. BMW of North America, LLC, et al.<br>Civil Action No. 2:15-cv-01427-PD<br>United States District Court<br>Eastern District of Pennsylvania; Deposition |
| 3/2016 | Virginia and Robert Nester v. Textron, Inc. et al.<br>Case No. 1:13-CV-00920-LY<br>United States District Court<br>Western District of Texas; Trial |
| 3/2016 | Jeff Michael and Michelle Paille Gaudet v. Circuit Breaker Sales, LLC, et al.<br>Civil Action No. 2:15-CV-00795<br>United States District Court<br>Eastern District of Louisiana; Deposition |
| 4/2016 | Denise Pender, estate of Jamal Pender, v. Florida East Coast Railway, LLC<br>Case No.: 2015CA002651<br>Circuit Court<br>15th Judicial Court<br>Palm Beach County, FL; Deposition |
| 4/2016 | Joseph & Ursy A. Vitale v. Electrolux Home Products, Inc.<br>No. 2:15-cv-01815-SD<br>United States District Court<br>Easter District of Pennsylvania; Deposition |
| 6/2016 | Anita D. Malone v. K&G Men's Company, Inc., et al.<br>Case No. CAL14-36609<br>Circuit Court<br>Prince George County, Maryland; Trial |
| 6/2016 | Parvez & Razia Yazdani v. BMW of North America, LLC, et al.<br>Civil Action No. 2:15-cv-01427-PD<br>United States District Court<br>Eastern District of Pennsylvania; Trial |
| 7/2016 | Thomas Young v. Illinois Central Railroad Company, et al.<br>No. 631423<br>19th Judicial District Court<br>Parish of East Baton Rouge, LA; Deposition |



William J. Vigilante Jr., PhD, CPE                                             2/8/2018
History of Expert Testimony by Deposition or Trial                   Page 5 of 7

Date            Case Name and Description

7/2016          Noah Dwyer, et al. v. Liquid Transport, LLC., et al.
                Case No. 12 CV 292
                Circuit Court
                St. Croix County, WI; Deposition

8/2016          Timothy E. Brugger, II v. Board of County Road Commissioners For the County of
                Midland
                File No.: 15-2403-NO B
                Circuit Court
                Midland County, MI; Deposition

8/2016          Rachel Dennert v. Medtronic, Inc., et al.
                Civil Action No. 3:11-CV-01229
                United States District Court
                District of Connecticut; Deposition

8/2016          Emil and Sharon Cloud v. Electrolux Home Products, Inc.
                Case No. 15-00571
                United States District Court
                Eastern District of Pennsylvania; Deposition

10/2016         State Farm Fire & Casualty Company a/s/o James & Sandra Lee v. Grohe
                America, Inc.
                Case No. 1:15-cv-2912
                United States District Court
                Eastern District of New York; Deposition

10/2016         Sean O'Brien v. Ohio Department of Transportation
                Case No. 2012-05703
                Court of Claims of Ohio; Trial

12/2016         Walter Roberts v. BJ's Wholesale Club, Inc., et al.
                Case No. 16-2015-CA-1837
                Circuit Court of the Fourth Judicial Circuit
                Duval County, FL; Deposition

12/2016         Terri Lind and Joanna Bennett v. Georgia Ann Smith, et al.
                Case No. PSC 1401010
                Superior Court
                Riverside County, CA; Deposition



William J. Vigilante Jr., PhD, CPE
History of Expert Testimony by Deposition or Trial

2/8/2018
Page 6 of 7

| Date | Case Name and Description |
|------|---------------------------|
| 1/2017 | Maria Amundson v. Manatee Memorial Hospital, Limited Partnership<br>Case No. 2015-CA-4633<br>Circuit Court of 12th Judicial Circuit<br>Manatee County, FL; Deposition |
| 4/2017 | Allstate Insurance Company, a/s/o Michael and Claudine Butler v. Electrolux Home Products, Inc.<br>CV15-1456<br>United States District Court<br>Eastern District of New York; Deposition |
| 9/2017 | Cheryl Hunter v. Sharecare Corporation d/b/a Pinedale Residential Center, et al.<br>Case No. 2015-CP-28-797<br>Court of Common Pleas, Eleventh Judicial Circuit<br>County of Kershaw, SC; Deposition |
| 9/2017 | Carole and Robert Hanacek v. Stanley and Marie Flory<br>Docket No. CAM-L-2898-14<br>Superior Court of NJ, Camden County; Trial |
| 12/2017 | Michael Dougherty v. Dormont Manufacturing Company et al.<br>Cause No. 12BB-CC000016<br>Circuit Court of Warren County, MO; Deposition |
| 12/2017 | New Jersey Insurance Company a/s/o Daniel and Janet Bruce v. Electrolux North American and Electrolux Home Products, Inc.<br>No. 1:16-cv-01625-JBS-JS<br>United States District Court<br>District of New Jersey; Deposition |
| 1/2017 | Inelda Herrera v. United Rentals, et al.<br>Case No: 13-C-16-109239 QT<br>Circuit Court of Howard County, MD; Deposition |
| 1/2017 | Estate of Ryan W. Tribble v. Warwood Tool Company<br>Case No: 6:16-cv-00041-NKM<br>United States District Court<br>Western District of VA; Deposition |



William J. Vigilante Jr., PhD, CPE
History of Expert Testimony by Deposition or Trial

2/8/2018
Page 7 of 7

Date            Case Name and Description

1/2017          Estate of Jeannine Aubrey v. Holly Mikhailik
                Case No. 2013-09147
                Court of Common Please
                Bucks County, PA; Trial

1/2017          Shihab Kuran et al. v. Wilmer A. Ortiz, et al.
                Docket No. SOM-L-493-16
                Superior Court of NJ Law Division
                Somerset County, NJ; Deposition

