UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CURTIS RAY WEAMS, JR.** | * | **CIVIL ACTION NO. 3:17-cv-00004** |
| | * | |
| **Plaintiff,** | * | |
| | * | **JUDGE SHELLY D. DICK** |
| **VERSUS** | * | |
| | * | |
| **FCA US L.L.C.** | * | **MAG. JUDGE RICHARD L. BOURGEOIS** |
| | * | |
| **Defendant.** | * | |
| | * | **JURY TRIAL REQUESTED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## UNOPPOSED REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 78(b), Defendant, FCA US LLC ("FCA US"), respectfully requests that the Court hold oral argument on the following pending motions. Plaintiff's counsel has been contacted about this motion and has indicated that he does not oppose this request for oral argument.

- Motion to Exclude the Opinion Testimony of Robert J. Berriman, Jr. (R. Doc. 28);

- Motion to Exclude the Opinion Testimony of Neil E. Hanneman (R. Doc. 29);

- Motion to Exclude the Opinion Testimony of Richard Allen Hille as Untimely and Unreliable (R. Doc. 30);

- Motion to Exclude the Opinion Testimony of Dr. William J. Vigilante, Jr. as Untimely and Unreliable (Rec. Doc. 31); and

- Motion to Exclude Testimony of Defense Expert Elizabeth H. Raphael, M.D. (R. Doc. 33).

The parties submitted the aforementioned motions seeking to limit certain expert testimony in this single-vehicle incident involving a 2004 Jeep Liberty (the "Vehicle"). The lawsuit stems from the alleged spontaneous deployment of the driver's airbag alleged to have occurred on

1

January 16, 2016 (the "Incident"), at which time the vehicle was 14 years old with an odometer reading of approximately 115,000 miles.

Louisiana law requires expert testimony in a products liability case, unless the product or component at issue is so simple as to be easily understood by the average juror. *Stewart v. Capital Safety USA*, 867 F.3d 517 (5th Cir. 2017). The Fifth Circuit has held that the "complexity of an airbag/restraint system requires technical expertise" *Dean v. Chrysler Corp.*, 38 F.3d 568 (5th Cir. 1994). The complexity of the issues in this case are likened to *Dean* and have been the subject of over 151 pages of legal memorandum and over 1745 pages of exhibits. Without expert testimony, Plaintiff simply cannot meet his burden of proof.

Given the pivotal role of expert testimony to this matter, the extensive procedural history involved, and the numerous technical allegations asserted, oral argument will facilitate the efficient adjudication of this matter. Oral argument would also serve to clarify all of the issues facing the Court and facilitate the Court's complete understanding of the facts and case law involved and will allow it to make a fully informed decision on the merits of the pending motions and of the pending dispositive motion filed by FCA.

WHEREFORE, Defendant, FCA US LLC, requests that the Court permit oral argument on the Records Documents 28 – 31 and Record Document 33.

Respectfully submitted,

*/s/ Gary G. Hebert*
GARY G. HEBERT (19446)
CAMILLE R. BRYANT (35063)
MARSHALL T. COX (36423)
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200
Facsimile (504) 596-2800
**ATTORNEYS FOR FCA US LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 30th, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which shall send notification of such filing to all attorneys of record.

*/s/ Gary G. Hebert*
GARY G. HEBERT