# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CURTIS RAY WEAMS, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-4-RLB** |
| **FCA US L.L.C.** | **CONSENT** |

## ORDER

Considering Defendant's Unopposed Motions for Oral Argument (R. Doc. 54; R. Doc. 66);

**IT IS ORDERED** that the Motions are **GRANTED**. **ORAL ARGUMENT** shall take place **on September 11, 2018 at 9:30 a.m. in Courtroom 6** on the following motions: Defendant's Motion to Exclude the Opinion Testimony of Robert J. Berriman, Jr. (R. Doc. 28); Defendant's Motion to Exclude the Opinion Testimony of Neil E. Hanneman (R. Doc. 29); Defendant's Motion to Exclude the Opinion Testimony of Richard Allen Hille as Untimely and Unreliable (R. Doc. 30); Defendant's Motion to Exclude the Opinion Testimony of Dr. William J. Vigilante, Jr. as Untimely and Unreliable (R. Doc. 31); Plaintiff's Motion to Exclude Testimony of Defense Expert Elizabeth H. Raphael, M.D. (R. Doc. 33); Defendant's Motion for Summary Judgment (R. Doc. 40); and Plaintiff's Motion for Partial Summary Judgment (R. Doc. 41).

Signed in Baton Rouge, Louisiana, on August 13, 2018.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**