UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CURTIS RAY WEAMS, JR.** | * | **CIVIL ACTION NO. 3:17-cv-00004** |
| | * | |
| **Plaintiff,** | * | |
| | * | **JUDGE SHELLY D. DICK** |
| **VERSUS** | * | |
| | * | |
| **FCA US L.L.C.** | * | **MAG. JUDGE RICHARD L. BOURGEOIS** |
| | * | |
| **Defendant.** | * | |
| | * | **JURY TRIAL REQUESTED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

In accordance with Local Rule 7(f), Defendant, FCA US LLC ("FCA US"), respectfully requests that the Court grant it leave to file a reply memorandum in support its Motion to Exclude the Opinion Testimony of Dr. William J. Vigilante, Jr. (R. Doc. 31). Plaintiff raised certain new issues and submitted certain materials in connection with his opposition memorandum, which necessitate the need for further clarification of the facts so that the Court can effectively adjudicate the merits of FCA US's *Daubert* motions as well as the pending motions for summary judgment. These issues warrant a response in order to present the Court with a complete understanding of the law applicable to this case.

FCA US further represents that this request will not delay this litigation as this Court previously granted Plaintiff leave to file a similar reply memorandum. Moreover, FCA US's *Daubert* motions are inextricably linked to its pending Motion for Summary Judgment (R. Doc. 40).

WHEREFORE, Defendant, FCA US LLC, requests that the Court permit leave of court to file a reply memorandum to record document 46.

1

Respectfully submitted,

*/s/ Gary G. Hebert*
GARY G. HEBERT (19446)
CAMILLE R. BRYANT (35063)
MARSHALL T. COX (36423)
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200
Facsimile (504) 596-2800
**ATTORNEYS FOR FCA US LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24th, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which shall send notification of such filing to all attorneys of record.

*/s/ Gary G. Hebert*
GARY G. HEBERT