UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY
October 9, 2018
BOURGEOIS, MJ.

| | |
|---|---|
| CURTIS RAY WEAMS, JR. | CIVIL ACTION |
| VERSUS | NO. 17-4-RLB |
| FCA US L.L.C. | CONSENT |

This matter came on this day for oral argument on Defendant's Motion to Exclude the Opinion Testimony of Robert J. Berriman, Jr. (R. Doc. 28); Defendant's Motion to Exclude the Opinion Testimony of Neil E. Hanneman (R. Doc. 29); Defendant's Motion to Exclude the Opinion Testimony of Richard Allen Hille as Untimely and Unreliable (R. Doc. 30); Defendant's Motion to Exclude the Opinion Testimony of Dr. William J. Vigilante, Jr. as Untimely and Unreliable (R. Doc. 31); Plaintiff's Motion to Exclude Testimony of Defense Expert Elizabeth H. Raphael, M.D. (R. Doc. 33); Defendant's Motion for Summary Judgment (R. Doc. 40); and Plaintiff's Motion for Partial Summary Judgment (R. Doc. 41).

    PRESENT:    John H. Smith
                      Gary Gaudin
                      Loren Shanklin
                      Counsel for Plaintiff

                      Gary Hebert
                      Camille R. Bryant
                      Counsel for Defendant

The parties presented argument to the court.

C: cv25c; T: 03:15

Upon discussion with the parties, the court noted for the record that Record Document 40-2 filed by Defendant and titled as "Statement of Contested Material Facts' is actually a "Statement of Uncontested Material Facts."

This matter is considered submitted for a ruling by the court.

\* \* \* \*

C: cv25c; T: 03:15