UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CURTIS RAY WEAMS, JR.**                          **CIVIL ACTION**

**VERSUS**                                         **NO. 17-4-RLB**

**FCA US L.L.C.**                                  **CONSENT**

### O R D E R

The Court having been advised by counsel for the parties that the above action has been settled:

**IT IS ORDERED** that this action is hereby dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

**IT IS FURTHER ORDERED** that the remaining deadlines and jury trial are hereby **CANCELLED**.

Signed in Baton Rouge, Louisiana, on October 2, 2019.

                                        **RICHARD L. BOURGEOIS, JR.**
                                        **UNITED STATES MAGISTRATE JUDGE**

Jury